

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00125-CR

_____

ANGELA RODGERS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 24835

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Angela Rodgers has filed a notice of appeal from her conviction. We have now received the certification of Rodger's right of appeal as required by Rule 25.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 25.2. That certification states that Rodgers waived her right of appeal.

Unless a certification showing that a defendant has the right of appeal is in the record, we must dismiss the appeal. *See* TEX. R. APP. P. 25.2(d). Because the trial court's certification affirmatively shows Rodgers has waived her right of appeal and because the record before us does not reflect that the certification is incorrect, *see Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the appeal.

We dismiss the appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice


Date Submitted:     August 22, 2013
Date Decided:       August 23, 2013

Do Not Publish